UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRENT A. MCDOWELL** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. |
| | * | |
| **ATLANTIC SOUNDING CO., INC. AND** | * | SECTION " " |
| **WEEKS MARINE, INC.** | * | |
| | * | MAG. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SEAMEN'S COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Trent A. McDowell, a Jones Act seaman and person of full age and majority, domiciled in the city of McComb, State of Mississippi, who respectfully avers as follows:

I.

This action is brought pursuant to Title 46 U.S.C. § Section, 688, the Jones Act, and all statutes supplemental and amendatory thereto, and pursuant to the General Maritime Laws of the United States.

II.

Atlantic Sounding Co., Inc., a named defendant herein, is a foreign corporation authorized to do and doing business within the Eastern District of Louisiana at the time of the incident

complained of herein, and is liable unto Plaintiff, Trent A. McDowell, for claims of the nature asserted herein.

III.

Weeks Marine Inc., a named defendant herein, is a foreign corporation authorized to do and doing business within the Eastern District of Louisiana at the time of the incident complained of herein, and is liable unto Plaintiff, Trent A. McDowell, for claims of the nature asserted herein.

IV.

Upon information and belief, on or about May 22, 2011, the plaintiff, Trent A. McDowell, was employed by defendants, Atlantic Sounding Company, Inc. and/or Weeks Marine, Inc. and permanently assigned to the Dredge G.D. MORGAN.

V.

On or about May 22, 2011, the Dredge G.D. MORGAN was owned, operated and/or controlled by defendant, Atlantic Sounding Co., Inc. and/or defendant, Weeks Marine, Inc.

VI.

On or about May 22, 2011, plaintiff, Trent A. McDowell was working in the course and scope of his employment aboard the Dredge G.D. MORGAN.  He was working on the vessel's pumping system as directed by his supervisors, using a high powered impact wrench above his head, attempting to break loose a bolt, when suddenly and without warning, the wrench moved unexpectedly, trapping and injuring Plaintiff.

VII.

At the time of the incident, the Dredge G.D. MORGAN was located in navigable waters, specifically, the Ships Channel in Pascagoula, Mississippi.

VIII.

As a result of the incident, Plaintiff, Trent A. McDowell, sustained serious, painful and permanent injury to his mind and body, including but not limited to, his face, neck, and shoulder area.

IX.

The incident and resulting injuries described above were caused by the negligence of the defendants, Atlantic Sounding Co., Inc. and/or Weeks Marine, Inc., in the following particulars:

a) Failing to provide plaintiff with a safe place to work;

b) Failing to properly supervise the tasks being performed;

c) Failing to provide the proper and appropriate equipment to perform the tasks at hand;

d) Failing to adequately train Plaintiff;

e) Failing to warn Plaintiff of known and/or existing hazards;

f) Failing to operate and maintain the aforementioned dredge, its appurtenances, and/or its equipment in a safe and reasonable state of repair;

g) Failing to provide Plaintiff with a reasonably safe means and methods to perform the task at hand; and

h) Any and all other acts and/or omission of negligence that will be shown at the trial of this matter.

X.

At all pertinent times hereto, the Dredge G.D. MORGAN was unseaworthy in one or more of the following respects, to-wit:

a) The dredge was unsafe for the performance of the operations;

b) The dredge was not reasonably fit for its intended purpose;

c) The crew was inadequately trained for the operations being conducted at the time;

d) The dredge was not outfitted with the proper and adequate equipment to perform its intended purpose;

e) The dredge failed to have the necessary equipment and/or appurtenances including, but not limited to, scaffolding; and

f) Other unseaworthy conditions to be determined at a trial of this action.

XI.

In accordance with the Jones Act, the defendants are liable unto the plaintiff, Trent A. McDowell, for the following damages:

a) Past, present and future medical expenses;

b) Past, present and future physical pain and suffering;

c) Past, present and future mental and emotional pain and suffering;

d) Past and future loss of wages and loss of earning capacity;

e) Loss of enjoyment of life;

f) Loss of economic horizons; and

e) Any and all other damages to be shown at a trial of this action.

XII.

Plaintiff, Trent A. McDowell, is entitled to maintenance and cure benefits from the above referenced defendants, Atlantic Sounding Co., Inc. and/or Weeks Marine, Inc., until such time as he reaches maximum medical cure; and Plaintiff is entitled to recover attorney's fees and costs in

the event that the defendants, Atlantic Sounding Co., Inc. and/or Weeks Marine, Inc., unreasonably refuse to pay or discontinue maintenance and cure benefits.

**WHEREFORE,** for the above and foregoing reasons, plaintiff, Trent A. McDowell, requests that the defendants, Atlantic Sounding Co., Inc., and Weeks Marine, Inc., be served with a copy of this Seaman's Complaint and that after all legal proceedings and due delays are had, there be judgment in favor of plaintiff, Trent A. McDowell, and against the defendants, Atlantic Sounding Co., Inc., and Weeks Marine, Inc. for damages detailed herein, the reasonable sum of which is TWO MILLION DOLLARS AND NO/100 ($2,000,000.00), plus interest from the date of the incident until paid, all costs of these proceedings, and for all other general, equitable, and maritime relief.

Respectfully submitted,

**UNGAR & BYRNE**

/s/ *Evette E. Ungar*
EVETTE E. UNGAR (#29013)
GEORGE W. BYRNE, JR. (#3744)
CHERYL L. WILD (#28805)
650 Poydras St., Suite 2005
New Orleans, Louisiana 70130
Telephone No.: (504) 566-1616
Facsimile No.: (504) 566-1652
E-Mail: eungar@ungarlawyers.com
E-Mail: georgewbyrnejr@ungarlawyers.com
E-Mail: cwild@ungarlawyers.com
*Counsel for Plaintiff, Trent A. McDowell*

**SERVICE INSTRUCTIONS ON FOLLOWING PAGE**

**PLEASE SERVE:**
**ATLANTIC SOUNDING CO., INC.**
Through Their Registered Agent for Service of Process
Stephen Chatry
304 Gaille Dr.
Covington, LA 70433

**WEEKS MARINE, INC.**
Through Their Registered Agent for Service of Process
Stephen Chatry
304 Gaille Dr.
Covington, LA 70433