# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRENT A. MCDOWELL**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 11-1879** |
| **ATLANTIC SOUNDING CO., INC. AND**<br>**WEEKS MARINE, INC.**<br>    Defendants. | **SECTION "E"** |

## ORDER AND REASONS

Before the Court is Defendants' Motion for Appeal/Review of Magistrate Judge Shushan's March 13, 2012 Minute Entry.[1]  For the reasons set forth below, Defendants' Motion is DENIED.

 Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72.2, non-dispositive pretrial matters decided by a magistrate judge may be appealed to the district judge.  The order of a magistrate judge may be reversed only "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law."  28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a); LR 72.2.  After reviewing the applicable law and Magistrate Judge Shushan's Minute Entry, the Court finds that Magistrate Judge Shushan's Order that the Defendants make their "claims file" available to Tom Langam and Teresa Olivio during their depositions, for the limited purpose of refreshing their recollection as to a date or an activity by referring to the claim file, was not clearly erroneous or contrary to law.

---

[1] R. Doc. 25.

Accordingly, **IT IS ORDERED** that Defendants' Motion for Appeal/Review of Magistrate Judge Shushan's March 13, 2012 Minute Entry be and hereby is DENIED.

**Signed, New Orleans, Louisiana, this 27th day of April, 2012.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**