UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRENT A. MCDOWELL<br><br>versus<br><br>ATLANTIC SOUNDING CO., INC. and WEEKS MARINE, INC. | CIVIL ACTION<br><br>NO. 2:11-cv-01879-SM-SS<br><br>SECTION "E"  (1)<br><br>JUDGE MORGAN<br><br>MAGISTRATE JUDGE SHUSHAN |

**DEFENDANTS ATLANTIC SOUNDING CO., INC.'S
AND WEEKS MARINE, INC.'S NOTICE OF SETTLEMENT**

**NOW INTO COURT**, through undersigned counsel, come Defendants Atlantic Sounding Co., Inc. and Weeks Marine, Inc., who advise the Court that the parties to the captioned litigation have reached an agreement in principle, and that the pre-trial conference scheduled on Thursday, August 23, 2012, at 2:00 p.m., and the trial scheduled on September 17, 2012, all may be removed from the Court's calendar.  The parties will file dismissal pleadings once settlement is finalized.

Respectfully submitted on August 20, 2012.

                                        WAITS, EMMETT & POPP, L.L.C.

                                        s/Matthew F. Popp
                                        MATTHEW F. POPP  (24608)  T.A.
                                        RANDOLPH J. WAITS  (13157)
                                        JOHN F. EMMETT  (1861)
                                        JORDAN N. TEICH  (32254)
                                        1515 Poydras Street, Suite 1950
                                        New Orleans, Louisiana  70112
                                        Telephone:   (504) 581-1301
                                        Facsimile:    (504) 581-6020
                                        E-mail:         mpopp@wep-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

                                          s/Matthew F. Popp
                                          MATTHEW F. POPP